No. 109, Misc. DeFoe v. National Capital Bank. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 114, Misc. Stephens v. United States Steel Corp. C. A. 5th Cir. Certiorari denied. *Edward H. Saunders* for petitioner. *Frontis H. Moore* for respondent.

No. 115, Misc. Stoner v. Randolph, Warden. Supreme Court of Illinois. Certiorari denied.

No. 117, Misc. Miller et al. v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frank D. Reeves* for petitioners. *Solicitor General Soberloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Mausack* for the United States.

No. 120, Misc. Lemaster v. Ellis, General Manager, Texas Prison System, et al. Court of Criminal Appeals of Texas. Certiorari denied.

No. 125, Misc. Newton v. Bannan, Warden, et al. Supreme Court of Michigan. Certiorari denied.

No. 128, Misc. Cox v. Teets, Warden, et al. Supreme Court of California. Certiorari denied.

No. 129, Misc. Whitacre v. Skeen, Warden. Supreme Court of Appeals of West Virginia. Certiorari denied.